AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF   MASSACHUSETTS

USA

V.

DANA ROWELL

**EXHIBIT AND WITNESS LIST**

Case Number:   04mj0434 RBC

| PRESIDING JUDGE Collings, USMJ | PLAINTIFF'S ATTORNEY A. Leoney, AUSA | DEFENDANT'S ATTORNEY R. Gillespie |
|---|---|---|
| TRIAL DATE (S) 1/20/04 Detention Hearing | COURT REPORTER CD | COURTROOM DEPUTY Affsa |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| Direct | Cross | 1/20/04 | | | Thomas B. Finn, Special Agent |
| x | | 1/20 | no | yes | Criminal Complaint Affidavit |
| 1 | | 1/20 | yes | yes | Bank deposit slip with bank robbery note on back |
| 2 | | 1/20 | yes | yes | Bank surveillance photograph |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of  1   Pages